1  Jonathan G. Fetterly (SBN 228612)
   **BRYAN CAVE LLP**
2  560 Mission Street, 2500
3  San Francisco, California 94105
   Telephone: (415) 675-3400
4  Facsimile: (415) 675-3434
   E-Mail: jon.fetterly@bryancave.com
5
6  Colin D. Dailey (SBN 293942)
   **BRYAN CAVE LLP**
7  120 Broadway, Suite 300
   Santa Monica, California 90401
8  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
9  E-Mail: colin.dailey@bryancave.com
10
   Attorneys for Defendant
11 U.S. Bank N.A.
12
13                 **UNITED STATES DISTRICT COURT**
14                 **CENTRAL DISTRICT OF CALIFORNIA**
15
16 TIMOTHY O'BRIEN, an individual,        Case No. 2:15-cv-09090- R-AJW
17               Plaintiff,               **STIPULATION TO EXTEND TIME
                                          TO RESPOND TO INITIAL
18        vs.                             COMPLAINT BY NOT MORE
                                          THAN 30 DAYS (L.R. 8-3)**
19 U.S. BANK, N.A., TRANSUNION LLC
   and DOES 1 through 10 inclusive,
20                                        Complaint served: December 18, 2015
21               Defendants.              Current response date: January 8, 2016
                                          New response date: February 8, 2016
22

1127676.1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)

IT IS HEREBY STIPULATED, by and between Plaintiff Timothy O'Brien ("Plaintiff") and Defendant U.S. Bank N.A. ("Defendant") as follows:

1. Plaintiff filed this action on November 25, 2015;

2. Defendant was personally served with the summons and initial complaint on December 18, 2015;

3. Defendant's response to the initial complaint is currently due January 8, 2016;

4. The Parties stipulate that Defendant may have an extension of thirty (30) days to respond to the initial complaint, making any response by Defendant due February 8, 2016;

5. Accordingly, it is hereby stipulated by and between the Parties that Defendant's response to the initial complaint shall be due February 8, 2016.

IT IS SO STIPULATED.

Dated: December 31, 2015

**THERESE HARRIS LAW OFFICES**

By: _____
THERESE S. HARRIS
Attorney for the Plaintiff TIMOTHY O'BRIEN

Dated: December 31, 2015

**BRYAN CAVE LLP**

By: /s/ Colin D. Dailey
Colin D. Dailey
Attorneys for Defendant
U.S. Bank N.A.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386